# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201800010

_____

### UNITED STATES OF AMERICA
Appellee

v.

### RON E. HILL
Hospital Corpsman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Michael D. Libretto, USMC.
Convening Authority: Commanding General, 3d Marine Division, Okinawa, Japan.
Staff Judge Advocate Recommendation: Major Adam J. Workman, USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 April 2018

_____

Before HUTCHISON, FULTON, and KOVAC, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court